Blackmar, P. J., Rich, Kelly and Manning, JJ., concur; Jaycox, J., dissents on the ground that in his opinion there is no evidence that corroborates the complainant on the essentials of the crime.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM MOLONEY, Appellant.— Judgment of conviction of the County Court of Richmond county reversed, and a new trial ordered, because of exceptions taken at folios 201, 202, 236 and 237 of the record on appeal. Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concur.

PHILIP H. REID and SOLOMON B. MANDELL, on Behalf of Themselves and All Other Residents, etc., Appellants, Respondents, v. PRODUCTS MANUFACTURING COMPANY, Respondent, Appellant.— Judgment unanimously affirmed, and stay vacated, without costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

CATHERINE ROMKEY, Respondent, v. WILLIAM ROMKEY, Appellant, Impleaded with TITLE GUARANTEE AND TRUST COMPANY, Defendant.— Judgment reversed and new trial granted, without costs to either party. The record shows that defendant, appellant, was not afforded an opportunity to present his case because the learned trial judge stated that he intended to order an accounting, which was the prayer of the complaint and the answer. For that reason he excluded evidence on plaintiff's cross-examination directed to the issues presented by the answer, and defendant was not permitted to give any evidence. The subsequent judgment for plaintiff for a stated sum was contrary to the theory on which the case was tried. In an action in equity it was error to refuse to receive evidence of expenditures by the defendant tenant in common for repairs and taxes and assessments on the premises for failure of allegation that plaintiff consented to the payments. (Ford v. Knapp, 102 N. Y. 135; Clute v. Clute, 197 id. 439; Lyons Nat. Bank v. Shuler, 199 id. 405; Barker v. Barker, 172 App. Div. 244, 251.) Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ., concur.

EDWARD SPRINGMAN, Respondent, v. LOUIS SACK, Appellant.— Judgment of the County Court of Nassau county affirmed, with costs. No opinion. Blackmar, P. J., Rich and Jaycox, JJ., concur; Kelly and Manning, JJ., dissent.

LOUISE STEIDLE, Respondent, v. S. WANDER & SON'S CHEMICAL COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ., concur.

ALBERT L. THOMPSON, Respondent, v. JACOB H. LEO, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ., concur.

ETTA M. VAN WAGNER, as Executrix, etc., of GEORGE E. B. VAN WAGNER, Deceased, Respondent, v. DAISY ELMENDORF, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

BERTHA S. GRAECEN, Respondent, v. GRACE L. JOHNSTON and Others, Appellants.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.